```
                                                  United States District Court
                                                  Southern District of Texas
        IN THE UNITED STATES DISTRICT COURT            ENTERED
          FOR THE SOUTHERN DISTRICT OF TEXAS        January 24, 2017
                     HOUSTON DIVISION               David J. Bradley, Clerk
```

| | |
|---|---|
| WILLIAM R. HARRISON, § § | |
| Petitioner, § § | |
| v. § | MISCELLANEOUS NO. H-15-3035 |
| § § | |
| UNITED STATES COMMISSIONER OF § | |
| INTERNAL REVENUE and E. ALANIS, § § | |
| Respondents. § | |

### ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

The court has conducted a de novo review of the Magistrate Judge's Memorandum and Recommendation (Docket Entry No. 16), to which petitioner William R. Harrison has filed his Objection to Magistrate Judge's Memorandum and Recommendation (Docket Entry No. 18). Having carefully reviewed the Memorandum and Recommendation and Petitioner's Objection, the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

Accordingly, the Memorandum and Recommendation (Docket Entry No. 16) is hereby **ADOPTED** by this court. Defendant United States of America's Motion to Dismiss (Docket Entry No. 4) is **GRANTED**. This action will be dismissed by separate order.

The Clerk shall send copies of this Order to the respective parties.

**SIGNED** at Houston, Texas, on this 24th day of January, 2017.

---
SIM LAKE
UNITED STATES DISTRICT JUDGE